UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD RANDOLPH,

                    Plaintiff,

v.

DOCCS; HASAN DUTTON; STEVEN CARPENTER; MURDOCK; LT. BODGE A; OSS M. ROYCE; JOHN DOE CORRECTION OFFICER; JOHN DOE CORRECTION OFFICER; JOHN DOE CORRECTION SERGEANT; CORC,

                    Defendants.

17-CV-0700 (NSR)

**ORDER**

---

NELSON S. ROMÁN, United States District Judge

Plaintiff Edward Randolph initiated this action on January 3, 2017, against Defendants DOCCS, Hasan Dutton, Steven Carpenter, Murdock, four unnamed persons, CORC, Superintendent, and Deputy Superintendent of Security. (*See* ECF No. 3.) On September 13, 2018, the Court granted Plaintiff limited leave to amend his complaint by October 15, 2018. (Order 2, ECF No. 46.) Plaintiff did file an amended complaint by the deadline, but instead of merely curing his pleading deficiencies, added named and unnamed defendants, despite multiple past orders of the court instructing Plaintiff that he could no longer add more parties to the lawsuit. (*See* ECF Nos. 21, 26, 35.)

Per the Court's May 10, 2019 Order to Show Cause, the Court found the addition of any new defendants to be improper. (ECF No. 57.) Accordingly, Plaintiff was ordered to show cause in writing by June 10, 2019, as to why this Court should allow any more defendants to be added to the lawsuit. (*Id.*) On June 10, 2019, the Court stayed Plaintiff's response to the Order to Show Cause, pending Plaintiff's notification to the Court that he is able to file such response. (ECF No.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/9/2019

1

By letter dated November 2, 2019, Plaintiff informed the Court that he is able to receive mail at the Great Meadow Correctional Facility, however, a copy of the docket sheet mailed to Plaintiff was returned to the Court marked as "Insufficient Address, Unable to Forward." (*See* ECF No. 68; ECF Dkt. Entries Dated Nov. 8, 2019 and Nov. 22, 2019.) Through its own review of Plaintiff's correspondence and DOCCS records, the Court has learned that Plaintiff's address as listed on the docket is incorrect.

Accordingly, Plaintiff's response to the May 10, 2019 Order to Show Cause is no longer stayed, and Plaintiff is directed to file his response on or before January 10, 2020. The Clerk of the Court is respectfully directed to update the docket to reflect Plaintiff's address, including the correct Department Identification Number (DIN), as listed below. The Clerk of the Court is further requested to serve a copy of this Order, as well as a copy of the May 10, 2019 Order to Show Cause (ECF No. 57) on Plaintiff at the updated address and file proof of service on the docket.

Edward Randolph
#14-A-2489
Great Meadow Correctional Facility
11739 State Route 22
P.O Box 51
Comstock, NY 12821-0051

SO ORDERED.

Dated: December 9, 2019
White Plains, New York

NELSON S. ROMÁN
United States District Judge