USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2021

**MEMORANDUM ENDROSEMENT**

<u>Randolph v. Hasan Dutton et al.</u>

17cv700 (NSR)

**MEMO ENDORSED**

The Court has received pro se Plaintiff's application for pro bono counsel. (ECF No. 76 and attached.) The Court has directed the parties to jointly submit at Case Management Plan and Scheduling Order ("CMP") on or before May 10, 2021 or, if the parties are unable to confer regarding the CMP due to Plaintiff residing at the Central New York Psychiatric Center, then Defendants and Plaintiff may separately file proposed CMPs on their own behalf on or before May 10, 2021.

Once the Court has reviewed the CMP(s) filed by the parties, it will refer this matter to Magistrate Judge Andrew Krause for general pretrial purposes. (ECF No. 75 and attached). Plaintiff is directed to address all discovery issues with Magistrate Judge Krause after the case has been referred.

Accordingly, Plaintiff's motion for appointment of pro bono counsel is denied without prejudice at this time. The Clerk of Court is directed to terminate the motion at ECF No. 76, mail a copy of this memorandum endorsement to pro se Plaintiff at the address on ECF, and show service on the docket.

Dated: April 21, 2021
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

RECEIVED
SDNY PRO SE OFFICE
2021 APR 15 PM 2:35

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Edward Randolph
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

9:17 CV 00002 ( ) ( )

-against-

H. Dutton, S. Carpenter, Doe Murdock, John Doe, John Doe et al.,
_____

(List the full name(s) of the defendant(s)/respondent(s).)

Application for the Court to Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   [✓] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

This case has been delayed due to changes of attorney's for the named defendants and most recently I provided a letter to the court requesting that the court impose sanctions on the defendants for failing to honor my discovery request. Without legal assistance I am unaware how to proceed. I have no access to a law library or any legal assistance here at Central NY Psych Center.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

*I previously provided this Court with letters from several law firms who I contacted in my attempts to retain counsel prior to filing my complaint. I have not received any new attorney addresses and I've been in Central NY Psych Center on numerous occassions.*

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _____.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

April 6, 2021
Date

Signature

Randolph Edward E. (14A2489)(C#263916)
Name (Last, First, MI) / Prison Identification # (if incarcerated)

CNYPC, 9005 Old River Rd. Box 300, Marcy N.Y. 13403
Address / City / State / Zip Code

N/A
Telephone Number

N/A
E-mail Address (if available)

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edward Randolph

           Plaintiff,         Affidavit of Service

    v.                    Docket No. 9:17-CV-00002
                                (NSR)

Hassan Dutton, Steven Carpenter,
Doe Murdock et al.,

           Defendant(s).

State of New York  )
County of Oneida  )ss:

Edward Randolph, being duly sworn, deposes and says:

    I am over the age of eighteen (18) years, and on April 12, 2021, I served a true copy of the attached application for request for counsel in the following manner:

    By mailing it in a sealed envelope, with

an attached facility disbursement request to be placed in a post office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee as follows:

New York State, office of the Attorney General, The Capitol, Albany, New York 12224-0341.

Edward Randolph
Pro Se Plaintiff

Sworn to before me this 12th day of April, 2021

Lauren Curtacci
Notary Public

LAUREN CURTACCI
Notary Public, State of New York
No. 01CU6270566
Qualified in Oneida County
Commission Expires October 22, 2024

Ruby J. Krajick,
Clerk of the Court
Daniel Patrick Moynihan
United States Courthouse
New York, New York 10007-1312

April 7, 2021

Re: Randolph v. Dutton et al.
Docket No. 9:17cv00002

Dear Mr. Krajick,

    Enclosed for service upon you is the plaintiff's application for a request of counsel in the above-entitled matter.

    Please submit these papers to the pro se intake for filing with the court at your earliest convenience, so as to prevent any further delay in the application request.

    As always your time, concern

and patience are all greatly appreciated by me.

Thank You!

Kind Regards,

M.

Edward Randolph
Pro Se Plaintiff
Attorney of Record



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2021

**MEMO ENDORSED**

Randolph v. Hasan Dutton et al.

17-cv-00700-NSR

The Court has received pro se Plaintiff's attached letter dated March 26, 2021 (ECF No. 74). A review of the docket indicates that Plaintiff filed an Amended Complaint on September 2, 2018 (ECF No. 58), Defendants answered on October 12, 2018 (ECF No. 57). This Court issued an Order to Show Cause on May 10, 2019 (ECF No. 7,) add after his request for extensions to respond were granted (ECF Nos. 69 and 70) Plaintiff answered the Order to Show Cause on December 26, 2019 (ECF No. 71).

The parties are directed to confer and complete a Case Management Plan and Scheduling Order ("CMP"), (blank form attached hereto). The CMP shall be filed on or before May 10, 2021. If the parties are unable to confer regarding the CMP due to Plaintiff residing at the Central New York Psychiatric Center, the Defendants and Plaintiff may separately file proposed CMPs on or behalf on or before May 10, 2021. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Andrew E. Krause for general pretrial purposes. The parties shall contact Magistrate Judge Krause within seven (7) days of this Court's issuance of the referral order.

The Clerk of Court is directed to mail a copy of this memo endorsement to pro se Plaintiff at the address on ECF and to show service on the docket.

Dated: April 9, 2021
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

17 CV. 700

RECEIVED
SDNY PRO SE OFFICE
2021 APR 21 AM 9:55

To: Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1812

March 26, 2021

Re: Randolph v. Dutton et al.,
Case #: Unknown

Dear Clerk,

    I am writing this letter in regards to the above-entitled matter. However, I do not have possession of my personal property at this time, so I am unable to supply you with the civil case number associated with this civil proceeding @ this time.

    I am writing this letter to

the court to inquire into the current status of my civil rights claim, and to request this court's assistance in a matter that involves the defendant(s) non-compliance with the "Mandatory Pretrial Discovery and Scheduling order"

I would like the court to be made aware of the fact that I have sent numerous request to the assistant attorney general's office, as that office is the legal representitive for the defendant's named in this action, and I have not to date recieved any kind of communication in response to those previous letter request regarding disclosure of the mandatory pretrial discovery and scheduling order and the defendants lack of response to said order.

Furthermore, I would like to assert before this court that I do have, carbon copies of those communications within my personal records. However, at this time, I am currently recieving mental health treatment and

care, @ Central New York Psychiatric Center (CNYPC) and I do not have access to my personal property, @ this time because when inmates are transfered here to CNYPC all personal property remains at the facility in which they were transfered from in a secure "Storage area" until such time as the inmate is discharged and returns to DOCCS custody.

So, unfortunately, I cannot provide copies of these letters mentioned above at this time to support these claims mentioned herein, but I will make reasonable effort to attain these documents, and so, the court requires that I do so in order to support my claims.

I would also like the court to know that I do know that the court has the authority and power to impose sanctions on the defendants, in such a case as this and I would respectfully request that this court impose those sanctions upon the def-

endant's since it has been well over five years, since my claim was submitted and the defendants were ordered to respond to said claim, including but not limited to the mandatory pretrial discovery and scheduling order.

This court should also be made aware that here at CNYPC I have absolutely no access to a law library, legal assistance or a legal kiosk, to which I could utilize to research, or properly prepare any argument in law or in fact in support of the claims I have raised therein.

I have been in CNYPC since August 6, 2020, which will be supported by my letter/notice to this court of my address change at that time, and I have yet to recieve any communication from this court or the defendant's in regards to the current status of my case. However, I have been in contact with a private attorney who has informed me that when he has the time he will look

into my pending civil rights actions, yet, he has not contacted me any way of whether he has done so as of yet.

I am a complete layman to the laws and applicable rules of the civil procedure, hence my reasoning for requesting to be assigned counsel to represent me in this civil procedure within the initial filing of my complaint. And without legal assistance, I have no idea how to proceed with these issues at this time.

It would be greatly appreciated by me if you could inform the judge overseeing my case of this matter so that he or she can act on this information, and I may know where to proceed with my litigation.

As always, your time, concern and patience are all greatly appreciated by me.

Thank You!

Kind Regards,

*[signature]*
Edward Randolph
Pro Se Attorney of Record

cc: filed
Plaintiff Records

Case 7:17-cv-00700-NSR Document 75 Filed 04/09/21 Page 87 of 81

Edward Randolph
C# 26396
Central New York Psychiatric Center
9005 Old River Rd.
P.O. Box 800
Marcy, N.Y. 13403

Legal Mail

RECEIVED
MAR 31 2021
CLERK'S OFFICE
S.D.N.Y.

To: Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Pro Se

2021 APR -1 AM 9:55
SDNY PRO SE OFFICE
RECEIVED



URGENT Response Requested!

Date Sent: 8-28-21

"Pro Se Intake"

UNITED STATES DISTRICT COURT                                         Rev. May 2014
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

|                                       |                              |
|                  Plaintiff(s),        | **CIVIL CASE DISCOVERY PLAN** |
|                                       | **AND SCHEDULING ORDER**      |

- against -


                  Defendant(s).         _____ CV _____ (NSR)

------------------------------------------------------------x

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by _____.

4. Amended pleadings may be filed until _____. Any party seeking to amend its pleadings after that date must seek leave of court via motion.

5. Interrogatories shall be served no later than _____, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than _____.

7. Non-expert depositions shall be completed by _____.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

        non-party depositions shall follow party depositions.

8.    Any further interrogatories, including expert interrogatories, shall be served no later than _____.

9.    Requests to Admit, if any, shall be served no later than _____.

10.    Expert reports shall be served no later than _____.

11.    Rebuttal expert reports shall be served no later than _____.

12.    Expert depositions shall be completed by _____.

13.    Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14.    **ALL DISCOVERY SHALL BE COMPLETED BY** _____.

15.    Any motions shall be filed in accordance with the Court's Individual Practices.

16.    This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17.    The Magistrate Judge assigned to this case is the Hon. _____.

18.    If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19.    The next case management conference is scheduled for _____, at _____. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: White Plains, New York
_____

_____
Nelson S. Román, U.S. District Judge