MEMO ENDORSED




USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2022

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-6551

September 7, 2022

**By ECF**
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Randolph v. Dutton, 17 Civ. 0700 (NSR)

Dear Judge Román:

This Office represents Dutton, Carpenter, and Murdock ("State Represented Defendants") in the above-referenced case. I write, at the direction of Magistrate Judge Krause, to request that the status conference currently scheduled for September 9, 2022, be adjourned to a date convenient for the Court not earlier than November 9, 2022.

The grounds for this request are as follows: On September 1, 2022, Plaintiff failed to appear for a case management status conference before Magistrate Judge Krause. Magistrate Judge Krause informed me that no new date for the discovery cutoff will be set until he speaks to Plaintiff, and if Plaintiff fails to appear to the next conference scheduled for September 22, 2022, he will allow Defendants to file a motion to dismiss for failure to prosecute. (Dkt. No. 107).

I thank the Court for its consideration of this request.

Respectfully submitted,

/s/ *Jessica Acosta-Pettyjohn*____
Jessica Acosta-Pettyjohn
Assistant Attorney General
Jessica.Acosta-Pettyjohn@ag.ny.gov

cc:   **Via First Class Mail and Email**
      Edward Randolph
      643 Caldwell Avenue
      Apt #31
      Bronx, NY 10455

---

**Memo Endorsement:**

In light of ongoing discovery issues, Defts' request to adjourn the telephonic Status Conf. from Sept. 9, 2022 until Dec. 1, 2022 at 12:00 noon is GRANTED. The parties are directed to this Court's Order (ECF No. 103) for dial-in instructions. Clerk of Court is requested to mail a copy of this endorsement to *pro se* Pltf., show service on the docket and terminate the motion at ECF No. 109.

Dated: White Plains, NY
Sept. 13, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

28 LIBERTY ST., NEW YORK N.Y. 10005 • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS*
HTTP://WWW.AG.NY.GOV