UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
RANDOLPH,

                       Plaintiff(s),      **ADJOURNMENT ORDER**

    - against -

                                       17 Civ. 700 (NSR)

DUTTON, et al.,

                       Defendant(s).
------------------------------------------------------x

NELSON S. ROMÁN, U.S.D.J.:

The above case previously scheduled for a Status teleconference on December 1, 2022 before the United States District Judge Nelson S. Román, **is hereby adjourned** *sine die* pending resolution of the defendants' motion before Judge Krause.

Clerk of Court is requested to mail a copy of this Order to *pro se* Plaintiff at the address on ECF and show service on the docket.

SO ORDERED.

Dated:  White Plains, New York
          October 31, 2022

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2022